**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **StaySaver Vacations LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4391568** |

4.  **Debtor's address**

**Principal place of business**

**2601 Cattlemen Rd. Suite 500
Sarasota, FL 34232**
Number, Street, City, State & ZIP Code

**Sarasota**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    **https://www.staysavervacations.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **StaySaver Vacations LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **StaySaver Vacations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **StaySaver Vacation Group LLC** | Relationship | |
| District | **Tampa** | When **1/17/22** | Case number, if known |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **StaySaver Vacations LLC**
_____
Name

Case number (*if known*)_____

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

■ $1,000,001 - $10 million

☐ $10,000,001 - $50  million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

Debtor    **StaySaver Vacations LLC**                                    Case number (*if known*)
          _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2022**
               _____
               MM / DD / YYYY

**X** **/s/ Larry Biondi**                              **Larry Biondi**
_____         _____
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**
         _____

**18. Signature of attorney**

**X** **/s/ Marshall G. Reissman**                     Date    **January 17, 2022**
_____                 _____
Signature of attorney for debtor                             MM / DD / YYYY

**Marshall G. Reissman 0310085**
_____
Printed name

**The Reissman Law Group, P. A.**
_____
Firm name

**1700 66th Street North**
**Suite 405**
**Saint Petersburg, FL 33710**
_____
Number, Street, City, State & ZIP Code

Contact phone    **727-322-1999**        Email address    **marshall@reissmanlaw.com**

**0310085 FL**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | StaySaver Vacations LLC |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abbott's Custom Printing 411 Mark Leany Drive Henderson, NV 89011** | | | **Contingent Unliquidated Disputed** | | | $12,353.57 |
| **Ascend Marketing Group LLC 3700 Shore Drive Ste 102 Virginia Beach, VA 23455** | | | **Contingent Unliquidated Disputed** | | | $140,062.29 |
| **Cox Communications 2857 Para PO Box 1259 Oaks, PA 19456** | | | **Contingent Unliquidated Disputed** | | | $8,057.00 |
| **Cox Communications Las Vegas PO Box 1259 Oaks, PA 19456** | | | **Contingent Unliquidated Disputed** | | | $6,303.00 |
| **Design Collaborative 424 W. 21st St. Ste 201 Norfolk, VA 23517-7000** | | | **Contingent Unliquidated Disputed** | | | $9,325.00 |
| **DHG PO Box 602828 Charlotte, NC 28260** | | | **Contingent Unliquidated Disputed** | | | $7,655.00 |
| **Equifax PO Box 740253 Atlanta, GA 30374** | | | **Contingent Unliquidated Disputed** | | | $67,645.00 |
| **Grand Incentives 7555 Commerce Ct Sarasota, FL 34243** | | | **Contingent Unliquidated Disputed** | | | $1,224,745.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **StaySaver Vacations LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jettcap 1770 Merton RD NE Atlanta, GA 30306 | | | Contingent Unliquidated Disputed | | | $10,289.00 |
| Lamark Media 5901 Broken Sound Parkway NW Boca Raton, FL 33487 | | | Contingent Unliquidated Disputed | | | $76,911.00 |
| My Park Tickets LLC 11951 International Dr Ste c Orlando, FL 32821 | | | Contingent Unliquidated Disputed | | | $12,033.00 |
| Office 1 720 S. 4th St Las Vegas, NV 89101 | | | Contingent Unliquidated Disputed | | | $10,927.00 |
| Profecta Marketing LLC 331 Walker Dr Warrenton, VA 20186 | | | Contingent Unliquidated Disputed | | | $4,467.00 |
| Schwartz Legal PLLC 8810 SW 8th St Fort Lauderdale, FL 33324 | | | Contingent Unliquidated Disputed | | | $3,000.00 |
| Sissine's Business Solutions PO Box 550754 Jacksonville, FL 32255 | | | Contingent Unliquidated Disputed | | | $7,516.00 |
| Sunsations Realty LLC 353 Village Rd Virginia Beach, VA 23454 | | | Contingent Unliquidated Disputed | | | $33,000.00 |
| Taylor English Duma LLP 1600 Parkwood Cir SE #200 Atlanta, GA 30339 | | | Contingent Unliquidated Disputed | | | $649,737.00 |
| TPX 303 Colorado St., Suite 2075 Austin, TX 78701 | | | | | | $8,693.00 |
| Virginia Beach Systems PO Box 6798 Reading, PA 19610 | | | Contingent Unliquidated Disputed | | | $4,197.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **StaySaver Vacations LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Winter Capriola Zenner 3490 Piedmont Rd NE Ste 800 Atlanta, GA 30305** | | | **Contingent Unliquidated Disputed** | | | **$4,912.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

StaySaver Vacations LLC
2601 Cattlemen Rd. Suite 500
Sarasota, FL 34232

Cox Communications Las Vegas
PO Box 1259
Oaks, PA 19456

KR Capital LLC
10 Sherwood Farm Lane
Greenwich, CT 06831

Marshall G. Reissman
The Reissman Law Group, P. A.
1700 66th Street North
Suite 405
Saint Petersburg, FL 33710

Cox Communications VA Beach
PO Box 1259
Oaks, PA 19456

Lamark Media
5901 Broken Sound Parkway NW
Boca Raton, FL 33487

Abbott's Custom Printing
411 Mark Leany Drive
Henderson, NV 89011

Custom Art Metal Fabrication
375 SW 29th Ave
Delray Beach, FL 33445

Liberty Mutual
PO Box 85830
San Diego, CA 92186

Ascend Marketing Group LLC
3700 Shore Drive Ste 102
Virginia Beach, VA 23455

Design Collaborative
424 W. 21st St. Ste 201
Norfolk, VA 23517-7000

MGM Resorts
880 Grier Dr
Las Vegas, NV 89119

Audio Visual Integration
960 Stonewood Ln
Maitland, FL 32751

DHG
PO Box 602828
Charlotte, NC 28260

My Park Tickets LLC
11951 International Dr Ste c
Orlando, FL 32821

BELV Holdings LLC
4766 S Holladay Blvd.
Salt Lake City, UT 84117

Equifax
PO Box 740253
Atlanta, GA 30374

National Pen Company LLC
PO Box 847203
Dallas, TX 75284

CloudFund LLC
400 Rella Blvd., Suite 165-1
Suffern, NY 10901

Grand Incentives
7555 Commerce Ct
Sarasota, FL 34243

NEFG Capital Partners LLC
2813 Route 611
Tannersville, PA 18372

Colebrook Financial Company
100 Riverview Center, Suite
Middletown, CT 06457

Guardian Hawk Security
1189 Hypoluxo Rd
Lake Worth, FL 33462

Office 1
720 S. 4th St
Las Vegas, NV 89101

Cox Communications 2857 Para
PO Box 1259
Oaks, PA 19456

Jettcap
1770 Merton RD NE
Atlanta, GA 30306

PPM Brokerage Services, Inc.
100 Riverview Center, Suite
Middletown, CT 06457

Profecta Marketing LLC
331 Walker Dr
Warrenton, VA 20186

Virginia Beach Systems
PO Box 6798
Reading, PA 19610

Schwartz Legal PLLC
8810 SW 8th St
Fort Lauderdale, FL 33324

Winter Capriola Zenner
3490 Piedmont Rd NE Ste 800
Atlanta, GA 30305

Sign Visions
1592 Penniman Road Unit C
Williamsburg, VA 23185

Wyndham Vacation Resorts
6227 Sea Harbor Drive
Orlando, FL 32801

Sissine's Business Solutions
PO Box 550754
Jacksonville, FL 32255

Steven M. Bowman
9 Holly Lane
Rye, NY 10580

Sunsations Realty LLC
353 Village Rd
Virginia Beach, VA 23454

Taylor English Duma LLP
1600 Parkwood Cir SE #200
Atlanta, GA 30339

TPX
303 Colorado St., Suite 2075
Austin, TX 78701

Uline
PO Box 88741
Chicago, IL 60680

# United States Bankruptcy Court
## Middle District of Florida

In re    **StaySaver Vacations LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **StaySaver Vacations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**StaySaver Vacation Group LLC**
**2601 Cattlemen Rd. Suite 500**
**Sarasota, FL 34232**

☐ None [*Check if applicable*]

**January 17, 2022**
Date

**/s/ Marshall G. Reissman**
**Marshall G. Reissman 0310085**
Signature of Attorney or Litigant
Counsel for    **StaySaver Vacations LLC**
**The Reissman Law Group, P. A.**
**1700 66th Street North**
**Suite 405**
**Saint Petersburg, FL 33710**
**727-322-1999 Fax:727-327-7999**
**marshall@reissmanlaw.com**