**[Dntcsc]** [Notice Scheduling Status Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:22−bk−00192−CPM
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

StaySaver Vacations LLC

　　　　　Debtor*　　　　/

NOTICE SCHEDULING INITIAL STATUS CONFERENCE

　　NOTICE IS GIVEN THAT:

1. A Status Conference will be conducted pursuant to 11 U.S.C. § 105(d) on March 3, 2022 , at 01:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 before the Honorable Catherine Peek McEwen.

2. <u>Avoid delays.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

3. Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT
Dated: January 24, 2022　　　　　　　　Sheryl L. Loesch , Clerk of Court
　　　　　　　　　　　　　　　　　　　　Sam M. Gibbons United States Courthouse
　　　　　　　　　　　　　　　　　　　　801 North Florida Avenue, Suite 555
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.