# United States Bankruptcy Court
## Middle District of Florida

In re  **StaySaver Vacations LLC**　　　　　　　　　　　　　　　Case No.  **8:22-bk-00192-CPM**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| StaySaver Vacation Group LLC<br>2601 Cattlemen Rd. Suite 500<br>Sarasota, FL 34232 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **January 26, 2022**　　　　　　　　　　　　Signature  **/s/ Larry Biondi**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Larry Biondi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.