

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/17/2022 01:30 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-00192-CPM | 7 | 01/17/2022 |

**Chapter 7**

**DEBTOR:**   StaySaver Vacations LLC

**DEBTOR ATTY:**   Marshall Reissman

**TRUSTEE:**   Angela Welch

**HEARING:**

1. Third Amended Emergency Motion to Use Cash Collateral Filed by Marshall G Reissman on behalf of Debtor StaySaver Vacations LLC (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E) (related document(s) [10], [29], [36]). (Reissman, Marshall) Doc #37
2. Amended Emergency Motion for Authority to Pay Critical Vendors Filed by Marshall G Reissman on behalf of Debtor StaySaver Vacations LLC (related document(s)[13]). (Reissman, Marshall) Doc #38
.

**APPEARANCES:**: Marshall Reissman, Larry Biondi, Craig Pugatch, Jake Blanchard, Mark Wolfson, Benjamin Lambers, Harry Heller

**RULING:**
1. Third Amended Emergency Motion to Use Cash Collateral Filed by Marshall G Reissman on behalf of Debtor StaySaver Vacations LLC (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E)   (related document(s) [10], [29], [36]). (Reissman, Marshall) Doc #37


2. Amended Emergency Motion for Authority to Pay Critical Vendors Filed by Marshall G Reissman on behalf of Debtor StaySaver Vacations LLC (related document(s)[13]). (Reissman, Marshall) Doc #38


 - ORE TENUS Motion to Conver Jointly Administered Cases to Chapter 7 by Debtors in Possession by Marshall Reissman on behalf of Debtor Stay Saver Vacations LLC -

...Granted.   The jointly administered cases will remain jointly administered pending further order of the Court.   The Court will enter a separate Order Converting Case from Chapter 11 to Chapter 7 in the lead case - Bench order...

NOTE:   Motion to Convert Case to Chapter 7 Filed by Mark J. Wolfson on behalf of Creditor Wyndham Vacation Resorts, Inc. (Doc. 54)

 (Judge heard and ruled:   Denied as moot - Bench order)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.